UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BROTHERS AND SISTERS IN CHRIST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| ZAZZLE INC., | )   CASE NO.: 4:20-cv-00280-NAB |
| Defendant. | ) |

**DEFENDANT ZAZZLE INC.'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Zazzle Inc. hereby moves the Court to dismiss for lack of personal jurisdiction. Zazzle is a California corporation, has its principal place of business located in California, does not have any employees, offices, or any presence in the state, and made no sales of the allegedly infringing products, except for a single purchase by someone associated with the Plaintiff. None of the alleged facts of the Complaint, even if assumed as true, are sufficient to establish that Zazzle can be subjected to jurisdiction within Missouri. Therefore, Zazzle respectfully asserts that the Court lacks personal jurisdiction over it and requests an Order of Dismissal pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

The bases and legal authority for this Motion are set forth more fully in a supporting memorandum, a declaration of Jennifer McNulty-Squiers, Director of Customer Care at Zazzle (Exhibit A) and a declaration of Jamie Otto, counsel for Zazzle (Exhibit B) filed herewith.

-2-

Dated:  April 16, 2020

By: */s/ Jamie Y. Otto*
    Jamie Y. Otto

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Jamie Y. Otto (1234 MO)
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:     jotto@wsgr.com

*Attorneys for Defendant Zazzle Inc.*

-3-

## CERTIFICATE OF SERVICE BY E-FILING

I hereby certify that on April 16, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Robert Schultz #35329
SCHULTZ & ASSOCIATES, LLP
640 Cepi Drive
Chesterfield, MO 63005
Telephone:  (636) 537-4645
Facsimile:  (636) 537-2599
Email:      rschultz@sl-laywers.com

*Attorneys for Plaintiff Brothers and Sisters in Christ, LLC*


Dated this 16the day of April 2020 in San Mateo, California.

                                                */s/ Jamie Y. Otto*
                                                Jamie Y. Otto