UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BROTHERS AND SISTERS IN CHRIST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 4:20-cv-00280-NAB |
| ZAZZLE INC., | ) |
| Defendant. | ) |

**DECLARATION OF JAMIE Y. OTTO IN SUPPORT OF
DEFENDANT ZAZZLE INC.'S MOTION TO DISMISS**

I, Jamie Otto, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Defendant Zazzle Inc. in this case.

2. I make and submit this declaration in support of Zazzle's Motion to Dismiss. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

3. I spoke with Robert Schultz, counsel for Plaintiff Brothers and Sisters in Christ, LLC, by telephone on February 28, 2020. When I informed him that Zazzle had identified only one sale of the allegedly infringing product, Mr. Schultz responded, stating that his client's mother made a purchase of the product.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th of April 2020, in San Mateo, California.

*/s/ Jamie Y. Otto*
Jamie Y. Otto

-2-

## CERTIFICATE OF SERVICE BY E-FILING

I hereby certify that on April 16, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Robert Schultz #35329
SCHULTZ & ASSOCIATES, LLP
640 Cepi Drive
Chesterfield, MO 63005
Telephone:  (636) 537-4645
Facsimile:  (636) 537-2599
Email:     rschultz@sl-laywers.com

*Attorneys for Plaintiff Brothers and Sisters in Christ, LLC*

Dated this 16th the day of April 2020 in San Mateo, California.

                                               */s/ Jamie Y. Otto*
                                               Jamie Y. Otto